**STATE of Missouri, Respondent,**

v.

**Thomas Wayne DORRIS, Appellant.**

### WD 79636

Missouri Court of Appeals, Western District.

ORDER FILED: JULY 18, 2017

Richard A. Starnes, Jefferson City, MO, Counsel for Respondent.

Ellen H. Flottman, Columbia, MO, Counsel for Appellant.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor Howard, Judge, Cynthia L. Martin, Judge

## ORDER

Per Curiam:

Thomas Dorris appeals the circuit court's judgment convicting him of failure to register as a sex offender pursuant to Section 589.425. We affirm. Rule 30.25(b).